# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Nathan Wersal, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Donovan W. Frank |
| | U.S. District Judge |
| v. | Case No: CV 13-381 DWF/SER |
| LivingSocial, Inc., | Date: May 23, 2013 |
| | Deputy: Courtroom Deputy |
| Defendant. | Court Reporter: Jeanne Anderson |
| | Courthouse: St. Paul |
| | Courtroom: Courtroom 7C |
| | Time Commenced: 9:00 a.m. |
| | Time Concluded: 10:22 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: 1 Hour & 22 Minutes |

Hearing on: **Motion to Dismiss/Motion to Strike (Doc. Nos. 7 & 13)**

APPEARANCES:

   Plaintiff:     Paul Hansmeier
   Defendant:  Robert Gilbertson, Janine Wetzel

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

   ☒ **Submitted**     ☐ **Sustained**     ☐ **Overruled**
   ☐ Brief time set:
   ☒ Written order forthcoming.

                                                                                  s/Courtroom Deputy
                                                                                     B. Schaffer