AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Nathan Wersal

V.

Living Social, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  13-381 DWF/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. LivingSocial's Motion to Dismiss is **GRANTED**.

2. Wersal's Motion to Strike is **DENIED AS MOOT**.

3. Wersal's First Amended Complaint is **DISMISSED WITH PREJUDICE.**

| July 26, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)      A. Linner    Deputy Clerk |