# Class Justice PLLC

*Advocates for the Rights of Individuals*

August 14, 2013

**Via CM/ECF**

The Honorable Donovan W. Frank
United States District Judge
724 Federal Building
316 North Robert Street
St. Paul, MN 55101

   **RE: Withdrawal of Request for Reconsideration,** *Wersal v. LivingSocial, Inc.,*
      **Civil Action No. 0:13-cv-00381-DWF-FLN**

Dear Judge Frank:

Plaintiff Wersal hereby withdraws his August 2, 2013 letter request for permission to file a motion for reconsideration (ECF No. 29).

        Sincerely,

        Paul R. Hansmeier

CC:    All counsel of record (by CM/ECF)